**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,

    vs.

WILLIAM GLEN McDADE,
a/k/a "G-Unit"

:
:
:
:
:
:
:
:

CASE NO.: CR210-034
CR211-018

**O R D E R**

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant McDade's Motion for Compassionate Release is **DISMISSED**.

**SO ORDERED**, this 30 day of ____June____, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA